**Order entered August 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00326-CR

**LARRY BERRING, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2
Dallas County, Texas
Trial Court Cause No. F12-55634-I**

## ORDER

The Court **REINSTATES** the appeal.

On August 9, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On August 13, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the August 9, 2013 order.

Appellant's brief is due within thirty days of the date of this order.

/s/    DAVID EVANS
       JUSTICE